General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Dr. Tristan de Montenegro

_____

_____

List the full name of each plaintiff in this action.

VS.

Kathleen Murphy

Phillip Gonzalo Ayala

Matthew DeSarno

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

Case Number : 4:22CV476 ALM/KPJ

**FILED**

JUN 0 6 2022

Clerk, U.S. District Court
Eastern District of Texas

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
      P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

## Complaint

## **<u>Table of Contents</u>**

Page

Introduction ……………………………………………………………..   1

Jurisdiction …………………………………………………………...   5

Parties ………………………………………………………………...   5

Facts ………………………………………………………………….   6

Summary ……………………………………………………………...  36

Claims - *42 U.S.C. § 1983* …………………………………………...  41

Claims - *28 U.S.C. § 1331 and 2201*…………………………………  42

State Law Claims ……………………………………………………...  43

Request for Relief …………………………………………………….  44

Request for Specific Performance …………………………………….  44

Exhibits

## **Original Complaint**

NOW COMES Dr. Tristan di Montenegro, the Plaintiff herein, alleging and stating as follows:

## **Introduction**

1.  Due to the highly complicated nature of my current situation I feel it necessary to provide the court with my background information and qualifications, before proceeding to detail my current legal issues with the Federal Bureau of Investigation (FBI) and their partner agencies, such as the Texas Department of Public Safety (TxDPS), in a temporally linear fashion.

2.  The FBI and partner agencies and entities have aggressively destroyed my reputation, my career, my social circle, and my finances. Their personal animus is palpable. The more harassment, stalking, and entrapment operations I survive, the more furious and vindictive personnel working in the employ of the Federal Bureau of Investigation have become, and they simply pass off the "harassment baton" to partner agencies, such as the TxDPS or other federal, state and local entities, in violation of 18 U.S.C. § 241.

3.  The FBI, TxDPS[1] and other law enforcement agencies have been what I can best describe as "terrorizing" me for well over a decade, as part of what the FBI refers to as a "*Disruption Protocol*," which has been – and still is to this day – perpetrated (and perpetuated) under color of law, under the guise of an active "investigation" that has run

---

[1] To clarify, I moved to Texas in 2019, so obviously TxDPS was not engaged in any type of that activity while I resided in other states.

in my case in perpetuity, regardless of which country I have resided in. The term *"Disruption Protocol"* was crafted in a fashion to sound just as innocuous as the term *"Enhanced Interrogation."*

4. Per the FBI's own internal documents (Exhibit A), there are four types of what the Federal Bureau of Investigation refers to as "investigations:"

A) Assessments – 30 Days
B) Preliminary Investigations – 6 Months
C) Full Investigations – No time limits
D) Disruption – No time limits[2]

5. According to the FBI's *Counterterrorism Program Guidance: Baseline Collection Plan – Administrative and Operational Guidance* "If ... all significant intelligence has been collected, and/or the threat is otherwise resolved, investigators may ... implement a disruption strategy. A successful strategy may employ a range of tools [many illegal and unconstitutional] ... to effectively disrupt [an "investigatory"] subject's activities."[3]

6. According to the ACLU:

Today ... [the FBI coordinates] a vast system of domestic surveillance of people whom law enforcement labels suspect based on vague and loose criteria, with serious constitutional and privacy implications for those who are included in the File. Such individuals may be stigmatized ... and are vulnerable to increased law enforcement scrutiny, often without ... a meaningful way to confirm or contest their inclusion.[4]

---

[2] Federal Bureau of Investigation, Counterterrorism Division. *Counterterrorism Program Guidance: Baseline Collection Plan – Administrative and Operational Guidance.* September 2009, pp. 11-12. https://www.aclu.org/files/fbimappingfoia/20111019/ACLURM004887.pdf. *Accessed on April 2, 2022.*
[3] Ibid.
[4] ACLU. Civil Liberties and National Security Clinic, Yale Law School. *Trapped in a Black Box: Growing Terrorism Watchlisting in Every Day Policing.* April 2016. P.1. https://www.aclu.org/report/trapped-black-box-growing-terrorism-watchlisting-everyday-policing. *Accessed April 15, 2022.*

7.  Disseminating potentially erroneous, inaccurate, or outdated information on … individuals to hundreds of thousands of law enforcement officers nationwide stigmatizes those individuals … and exposes them to a heightened risk of unwarranted scrutiny or investigation by police[5] …. The FBI's watchlisting practices … are ripe for abuse ….[6]

8.  The documents related to encounters with watchlisted people underscore that … [this watchlist] functions primarily as a means of tracking and monitoring individuals …. It is not aimed only at a legitimate and targeted need to apprehend actual, known … [threats], and it carries the significant risk that innocent people will be subjected to intense scrutiny ….[7]

9.  The system poses a serious threat to constitutional rights and civil liberties, as watchlisted individuals may be subject to unwarranted monitoring and surveillance, prolonged detention and questioning, and the stigmatization
that comes with such law enforcement scrutiny …. Despite the threat to these individuals' due process and privacy rights, they have little recourse ….[8]

10.  Speaking as the Plaintiff, I have not been provided any due process. I am denied the right to seek legal counsel and to go to church to pray and to go freely and unmolested on my way. I have been – and am being – deprived of my right to life, liberty, property and pursuit of happiness. All of my communications are monitored 24/7 and all of my on-line accounts have been hacked and are subject to what may best be referred to as chronic cyber-vandalism. This harassment is a daily occurrence in my life, across numerous accounts and electronic platforms (Exhibit B).[9]

11.  My constitutional rights have been consistently violated since 2004 and it continues to this day in Texas at the hands of the FBI and the TxDPS. Furthermore, all of

---

[5] Ibid. p. 3.
[6] Ibid. p. 19.
[7] Ibid. p. 27.
[8] Ibid. p. 34.
[9] Exhibit B is an itemized, 6 page list with *more than 70 types* of cyber-harassment referenced.

the attorneys I have interacted with since 2004, with the exception of one or two, have been threatened or coerced in order to prevent me from attaining legal representation, in direct violation of the 6th Amendment.[10]

12.   Since 2004 I have been subject to the following illegal activities by the FBI and their partner agencies on three continents: harassment, stalking, cyber-harassment, hacking, vandalism, tortuous interference, identity theft, mail theft, assault & battery, libel, death threats, defamation of character, hate crimes, denial of due process, denial of my right to retain legal council, denial of my ability to freely worship, denial of my ability to travel freely, false arrest, unlawful imprisonment, illegal search and seizure, obscene crimes of moral turpitude, entrapment operations and violent acts of retaliation.

13.   Enough is enough. All three Defendants listed below swore an oath to uphold the constitution and the law, and they have disdainfully and knowingly rejected their responsibilities. It is now time to hold all parties legally accountable. I want to be made whole again under the law. I wish the court to consider that the complaint possibly be amended to include additional Defendants once I have received much-needed legal counsel.

---

[10] In my specific case, this has been one of the FBI's most favored "modi operandi" with me in eight countries: create legal difficulties for me, engage in tortuous interference to destroy my finances via grotesque, "scorched earth" defamation and disparagement campaigns, and then coerce or threaten any attorneys I contact (in an attempt to resolve the issues that the FBI has created for me) essentially depriving me my right to legal counsel and due process.

## Jurisdiction

14.  With the respect to the two Defendants who are Texas Department of Safety personnel, this Court has jurisdiction under 28 U.S.C. § 1331 because I, the Plaintiff, assert federal claims pursuant to 42 U.S.C. § 1983.

15.  With respect to the Defendant who is the Federal Bureau of Investigation's "Special Agent in Charge" of the Dallas Field Office, this civil action is brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## Parties

16.  Plaintiff Dr. Tristan di Montenegro, is a polyglot and polymath Ph.D. with extensive in-field research and analysis experience, specializing in Chinese industrial, military and intelligence activities and operations within the United States, South America, Africa, and Southeast Asia, in addition to in-field, risk analysis of conflicts and terrorism in Least Developed Countries.

17.  Defendant Kathleen Murphy, is the "Privacy Officer" responsible for Fusion Center oversight with respect to privacy and civil rights, and also holds the position of Deputy General Counsel for the Texas Department of Public Safety.

18.  Defendant Phillip Gonzalo Ayala holds the position of Inspector General with the Texas Department of Public Safety.

19.  Defendant Matthew DeSarno holds the position of Special Agent in Charge of the Dallas Field Office with the Federal Bureau of Investigation.

5

**Facts**

20.  From a very young age, I have enjoyed serving my community. I was a licensed EMT by the time I was seventeen years old and at eighteen years of age I joined the local volunteer fire department and the emergency squad. I earned six PADI diving qualifications, including rescue diver and deep water diver and also joined the fire department's search and rescue dive team.

21.  I come from a Judeo-Christian family and grew up as a Roman Catholic. I studied Hebrew avidly,[11] have never been in a mosque in my life, have never searched for extremist content on-line,[12] nor ever associated with anyone whom I considered to have any extremist affiliations, and that includes the time I spent in Africa while doing research for my Ph.D. and second master's degree. During the time I lived in Ethiopia (two and a half years) I frequented the Ethiopian Orthodox Church on a regular basis and happily remain a Christian to this day.

22.  In 2000 I moved to Brazil. Before moving to Brazil, I placed my house and Mercedes 500 Series in my father's name to sell for me. He was approached by FBI personnel after I departed for Brazil and I recently (2022) discovered that my father became a Confidential Human Source (CHS) for the FBI in the early 2000s. He sold my

---

[11] My grandparents from my father's side of the family were Jewish and my grandmother encouraged me to study Hebrew. I have studied a total of fourteen languages and was fluent in six languages (including Kiswahili and Ethiopian Amharic) when I lived in Africa.
[12] In the mid-1990s I received a Baccalaureate degree in International Relations, focusing on violence in the Middle East. My professor was a retired USAF Lt. Colonel and I studied Sunni and Shi'a fundamentalism under his direction.

home, my car and forged a $30,000 insurance check (made out to me) and kept more than $200,000 of my money.[13]

23.  In 2003 I was approached by several different locals in Brazil who stated that I was "in danger" because the FBI was "after me." I thought that was absurd as I was not involved in anything illegal and had never had any previous contact with the FBI for any reason. Indeed, I admired the FBI at that point in time, so I simply attributed those comments to xenophobia.

24.  However, sometime in 2002 or 2003, the FBI had convinced the domestic security apparatus in Brazil that I was a "threat" and a "potential Al Qaeda contact." As a result of their false statements, in early 2004, I was violently taken down on the street by a heavily-armed, Brazilian SWAT team after one of my employees was involved in a dispute in which no one was injured. He wasn't arrested, however I was.[14]

25.  I later learned that before my unlawful arrest (while sitting in a café with my Maltese dog fifteen miles away), local law enforcement personnel warrantlessly entered my gated property and shot up my home with automatic weapons. The FBI subsequently contacted family members, familiars, and professors in the United States, and suggested that I was a potential Islamic terrorist who had been involved in a "shootout" with law

---

[13] I sued my father in court in Miami for civil theft and breach of contract. I won my case, reported him to New York State (professional) authorities and he was subsequently thrown out of his optometric practice by his partner as a result of his criminal activities. Knowing that my father bears a grudge against me, I believe that the FBI has purposely taken down false, denigrating and defamatory statements made by my father (and his second wife), about me, in part, in order to perpetuate their (the FBI's) extrajudicial disruption protocol that I am presently targeted with.
[14] My arrest was detailed in the local newspapers in Brazil, in which I was referenced as a possible "Al Qaeda" associate as a result of the FBI's disinformation campaign.

enforcement in South America, and that disinformation is polluting law enforcement and intelligence community databases in the United States to this day.[15]

26.  The extent to which the FBI creates situations and then subsequently perverts the information on databases, whether foreign or domestic, in order, to reflect a "reality" to match their bogus narratives and outlandish visualizations is commonplace – and alarming.

27.  Subsequent to the arrest, I was remanded to a maximum security prison and then went before a judge several days later. He had heard of my case and quickly issued a Writ of Habeas Corpus. The judge stated at the hearing that there was no evidence that I had done anything illegal and that I had been unlawfully imprisoned, nor was there any evidence that I was an "Al Qaeda contact." He demanded my immediate release and I was allowed to leave his chambers a free man.

28.  However, instead of being released, I was handcuffed as soon as I left the building and brought back to the prison, where I spent a total of thirty-three days. I survived a prison riot in which seven people died and the prisoners burned half of the facility. I later discovered that the attorney who was representing me, wanted to obtain possession of the three properties[16] I owned in Brazil. He had already colluded with the FBI and had absconded with the first release order, so I ended up passing an additional three weeks in the prison.

---

[15] These statements and actions exemplify the extent that the FBI has gone to in order to destroy my reputation. Even though I had not been enrolled at the university for more than five years that did not preclude the FBI from making disparaging comments about me to professors and university staff. Like subsequent allegations nearly twenty years later, these fairytales and absurd narratives have absolutely no foundation in reality.

[16] I lost all three of the properties in Brazil as a result of leaving the country due to fear for my personal safety.

29.  I was finally able to get a message out through a prison guard to another lawyer, who appeared at the prison with a new release order from the judge. Since my passport had been confiscated by my first attorney, the US State Department issued me a temporary passport at the US Consulate in Recife and State Department personnel later met me at the airport in Bahia, Salvador (Brazil) to make sure that I was able to board the plane without any issues. I returned to the United States along with my eleven year-old Maltese.[17]

30.  Subsequent to departing Brazil, I returned to Miami and began my first master's degree (Asian Studies) in 2006. I studied under the tutelage of a retired General (USAF) for a decade, who considered one of my analyses of Chinese military operations[18] important enough to submit to SOUTCOM. Another professor who was an actively-employed C.I.A. analyst submitted my research on transnational Asian crime syndicates to SOUTHCOM, I.C.E., and the C.I.A.

31.  Even before my graduation in 2017, high ranking (retired) officers in the US Military and active members of the intelligence community (IC) were impressed with my analytical and writing skills and thought that I would be an excellent candidate for employment within the IC, and this dates back to my in-country analysis of the coup in

---

[17] If any of the FBI's statements about me were true, the United States Department of State would not have assisted me with obtaining a new passport, nor with leaving the country. During this incident, the FBI instructed my father not to tell any friends or other family members what had befallen me, and as a result, no-one was aware of my unlawful arrest and proxy detention.

[18] *An Analysis of PRC-Maritime Asset Distribution in the Western Hemisphere via a Hybridized Sino-Mahanian Strategic System Model*. SOUTHCOM analysts had never considered the strategic systems model I had developed in order to analyze Chinese naval proliferation and global port occupation.

Haiti[19] in the mid-1990s. I personally submitted a third analysis[20] to the United States Copyright Office in 2011.

32.  In 2007 I assisted the Federal Bureau of Investigation with apprehending an international crime suspect after identifying him from a facial sketch in an on-line publication (Exhibit C). This individual had successfully pulled off one of the largest thefts on the continent in two decades. A reward of close to three million dollars was being offered for information leading to his apprehension. I immediately notified the FBI's North Miami Field Office, and shortly thereafter received an overseas call from an FBI Legat working out of an embassy who requested additional information regarding my identification of the suspect.[21]

33.  In 2008, my apartment in Miami was broken into (no sign of forced entry) and my 14 year-old Maltese was poisoned. The veterinarian stated to me "I have never seen anything like this. All of her organs have swollen up." I had no other choice but to

---

[19] This research was submitted to SOUTHCOM by my professor, a retired Lt. Colonel (USAF).
[20] Tristan di Montenegro. *An Open-Source Analysis of Chinese Intelligence Agencies and their Operational Scope within the United States*. Registration Number TXu-1-767-495. Effective Date of Registration: July 28, 2011. My 2013 analysis entitled Al Shabaab and Wahaabist Islam in Africa, which was key to my self-establishment as a security analyst and my employment in East Africa was stolen and given to Kenyan Intelligence by the FBI/JTTF, who claimed that "one of their best analysts completed the study." As a side-note, I regularly carried a 4.0 G.P.A. through both master's degrees and my Ph.D.
[21] The information I relayed to the FBI was correct and the suspect was apprehended. The Legat (Clive Langley) had originally assured me that he would help me claim the reward based on the information I had submitted to the Federal Bureau of Investigation. I assisted the Legat in making the biggest apprehension of his entire career with the FBI, and after that, he refused to follow through on his promise to help me claim the promised reward. I also interfaced with the law enforcement personnel of that country in the identification of the subject. At that point in time, I still did not realize that the FBI had facilitated my unlawful arrest and proxy detention in Brazil. According to a FOIA request response, the FBI put my apartment under surveillance in Miami subsequent to my identifying the perpetrator.

euthanize her. The individual or individuals who broke into my apartment administered her a toxin or poison that had lethal consequences.[22]

34.  In mid-2008 I filed for a legal name change. I obtained a new social security card reflecting the name change, as well as a new birth certificate. I notified my mother, all of my professors and close friends that I had legally changed my name. Subsequent to that moment, I never used my birth-name for any purpose; and all of my degrees, accounts and personal information have reflected that since 2008.

35.  In 2009 I won the *Jack D. Gordon Institute for Public Policy and Citizen Studies Research Award* at Florida International University.[23] This scholarship partially funded my first research trip to Africa.

36.  I returned from Africa in 2013, and in 2014 I learned that the FBI had opened several disgusting social networking accounts with images of a person who was an extremely seedy doppelganger of myself – *in my birth-name, which I had not used since 2008*.[24] To make matters worse, there were images of young (African) children, both male and female, with links to videos on YouTube of children's games, toys and infants crawling around in diapers. Additionally, there were pictures and links to African-related

---

[22] Her death was followed by a barrage of spam e-mails which included images of Maltese dogs and messages like "Are you looking for a new dog," and "How to treat ill and dying animals."

[23] *An In-country Study of Conventional Weapons Proliferation in the Democratic Republic of Congo and the Great Lakes Region.*

[24] If someone saw me from a distance or hadn't seen me in a few years, it would be easy to mistake the photo-shopped images for me. Additionally, to make the account appear bona fide to my family members, relatives and familiars, they included an image of one of my best (high school) friends whom I had not spoken with, nor had any contact with, since 1983 or 1984. These cut-out accounts created by rogue members of the intelligence community to specifically discredit people are referred to as "Deep Fakes."

content to reflect my Afro-centric, university research. I was physically sick for several days.

37.  I have never posted a picture of myself on-line. Never; not under any name. I have never opened any type of social networking account under my birth-name or legal name and totally abhor the idea of disseminating my personal information on-line. I have always cherish my privacy, and I certainly wasn't creating on-line accounts with pedophile themes as I roamed the bush in some of the most dangerous locations in the world, often without an internet connection.

38.  In 2014 I went to the FBI's North Miami Field Office and indicated that I was aware of the on-line accounts, which were created in order to impersonate me. I told them that they were destroying my life. The personnel at the Field Office were visibly furious that I had identified them as the source of the identity theft and impersonation. FBI personnel at the facility refused to even look at the on-line accounts. I stated that I would be more than happy to take a polygraph on the spot to face any accusations – without a lawyer being present. They refused and were intent on hustling me out of the field office.

39.  I then reported the incident to the Florida Department of Law Enforcement. Several days later I called back and spoke with the investigator a second time. He said "my hands are tied. We cannot investigate this because there is a great likelihood that law enforcement personnel were involved in the creation of the accounts."[25]

---

[25] I had two choices: let the grief of the on-line identity hijacking consume me, or attempt to bury my grief, try to forget about it and focus on completing my Ph.D. and second master's degree. I chose the latter.

40.  What I did not discover until late February of 2022 was the extent to which the FBI had hijacked my identity and created a false persona for me online, complete with different accounts, in my birth-name. These accounts were exhibited by FBI and Joint Terrorism Task Force (JTTF) personnel to my family members, friends (in both Africa and the U.S.), and the security apparatus in Rwanda, Democratic Republic of Congo, Ethiopia, Kenya, Tanzania and Mozambique beginning in mid-2009,[26] and it continues here in the United States today.

41.  In the spring of 2013 I visited my mother and 102 year old grandmother in upstate New York while on a short return to the U.S. from Africa. They were both happy to see me and were thrilled that I was completing my second master's degree and Ph.D. On the following day when I went to see my mother and grandmother, my mother was distraught, livid, and emotionally broken. She basically threw me out of the house. I was forced to return to Miami immediately and at that time had no idea what the cause of the issue was.

42.  After I visited my mother and grandmother the first night, the FBI/JTTF to her home and exhibited the online, deep-fake accounts they had created in my name, with the seedy and disgusting images in my likeness. They stated to my mother – in addition to her attorney,[27] that I was a sexually deviant, "paranoid schizophrenic pedophile" who was

---

[26] In Africa, these types of accusations can easily get an individual lynched, stoned and killed. This began as soon as I arrived in Africa in June of 2009 and this protocol of disparagement continues to this day here in Texas at the hands of the FBI, with the collusion of Texas Department of Public Safety (TxDPS) personnel, J.T.T.F. and InfraGard. In retrospect I realize that the FBI had "hit the ground running" with their false accusations and bogus profiling, as soon as I arrived in Rwanda in June of 2009 and after that followed me straight into the Southern Democratic Republic of Congo (Lubumbashi).

[27] My mother placed all of my personal possessions, antiques and art in storage in Upstate NY and then gave her attorney control over the items. The FBI then told the attorney not to correspond with me, until I had my own

13

being "investigated for pedophilia and raping refugees in Africa,"[28] apparently regardless of gender.

43.  The FBI has used this nauseating narrative in seven African countries, Florida, Virginia, New York and Texas. In my specific case, given their propensity for what I refer to as "foreign database doping" and document falsification, I am sure that the FBI had me watch-listed in the seven African countries I frequented and/or lived in, based on the same disinformation they used in South America and the United States between 2002 and 2022.[29]

44.  During my brief return to the United States from Africa in January or February of 2013, I discovered that someone had attempted to steal my car and that my Miami apartment had been broken into. Several expensive statues from Africa and Papua New Guinea were stolen in addition to an antique African bronze.[30]

---

lawyer. They then threatened every lawyer I contacted in an attempt to prevent me from getting my personal possessions back. I had to file in federal court myself to regain control of my possessions.

[28] This is still presently ongoing today, with the participation of the TxDPS here in Texas. It should be noted that Stalin used this tactic in the U.S.S.R. against academics, poets, actors, writers, out-of-the-box thinkers and potential "dissidents (in the eyes of the state)." This soft-kill tactic was (and still is) referred to as "Psychiatric Reprisal." Stalin labeled non-existent "threats" as "mentally unfit" or "insane" criminals, then dehumanize, vilify, and demonize them, before incarcerating or committing them after their social network had been destroyed and all of their familiars had been alienated.

[29] It is my opinion that the FBI would never include on American Intelligence and governmental databases the fact that they were the ones in the first place that had initiated the fraudulent and extrajudicial watch-listing – A.K.A. "Database Doping," with their disturbing stories, at least partially based on the on-line persona they had created for me. I was able to verify with the US State Department thru a contact, that the FBI's defamatory and false narrative (including their bogus allegations of "mental illness) is now ensconced within USDOS databases as well. Given the content of the falsehoods, this disinformation is a potential death sentence for me should I return to Africa or wish to travel anywhere else. *I no longer have the freedom to freely travel.* I was held at gunpoint twice in Ethiopia by law enforcement and military personnel who stated that I was a "terrorist." It is my belief that due to the FBI's records falsification protocol in the United States and Brazil in the early 2000s that I have been on the FBI's Terrorist Screening Database (TSDB), also known as "The Watchlist," for more than twenty years, and have also been permanently labeled as a "known or suspected terrorist" on databases in all of the African countries I traveled to or lived in.

[30] Every single residence I have lived in since 2002 has been broken into, usually with no sign of forced entry. This includes residences in South America, Africa and the United States.

45.  When I returned from Africa permanently in September of 2013 I reached out to friends whom I had not spoken with in many years. Several of them said, "I heard you turned gay in Africa," and "so now you are f***ing little boys (verbatim)." The FBI and JTTF personnel have approached *hundreds* of people in Africa and the United States and peddled these alarming and perverse narratives to nearly everyone I have ever come into contact with.

46.  The dissemination of this grotesque disinformation is meant to dehumanize and denigrate me, as well as to obliterate my familial ties, my entire social network in the United States, in addition to the African Union Ambassadors, diplomats and embassy personnel from a dozen or so countries in Africa that I had befriended and cultured relationships with over more than four years.

47.  Due to my extensive local and regional connections in Africa, I had knowledge of military and intelligence operations run by African governments in advance of their staging. I was on the inner-circuit with embassy personnel and diplomats from different countries. In one African country I had the US Defense Attaché's personal phone number and on several occasions I contacted him from the bush with information on localized tribal conflicts, which he was unaware of.

48.  So I went from interacting with some of the most influential and renowned people in the African diplomatic community, to presently having to attempt to repair all of the damage the FBI and their partner agencies have wreaked upon me for close to two decades. My diplomatic network is gone. They destroyed it. The FBI and their partner agencies have engaged – and are still engaging in a modern form of "tar and feathering."

15

49. I was physically attacked on two occasions (both times in front of my live-in girlfriend) by two different landlords in Ethiopia who referred to me as a "homosexual, a thief and drug dealer." Furthermore they were both also aware that I had done a legal name change in 2008 (in the United States) and referred to me by my birth-name, despite the fact that I never told anyone in Africa that I changed my name. My passport is in my legal name, not my birth-name. The FBI relayed to numerous individuals that I was being investigated for "dealing drugs" in America.

50. Within a month or two of arriving in Miami in September 2013, I was followed around Florida International University South Campus by a rather tough looking individual with a knapsack. After several encounters, I confronted him and he identified himself as being in active service with the U.S. Coast Guard. I went to the campus police to file a complaint about being stalked across the campus on a near-daily basis and one of the officers responded "you had better be careful, he carries a gun."[31]

51. In late 2013 the FBI contacted the US-based, Tanzanian attorney[32] who had agreed (by phone) while I was still living in Tanzania, to oversee approximately $50,000 worth of my personal possessions I had stored in a rental property belonging to his friend in Dar es Salaam. After four years in Africa I owned a considerable amount of personal property, which included research materials, clothing, antiques, statues and appliances. I

---

[31] I have two thoughts about those interactions: A) The campus police were overtly threatening me and attempting to intimidate me; B) US Military personnel engaging in aggravated stalking (the Coastie was armed), domestic surveillance operations and assisting the federal government with an illegal "Disruption Protocol" is a violation of Posse Comitatus. I have encountered numerous military personnel working hand-in-hand with FBI, JTTF, and InfraGard in three different states since 2013 and this still continues to this day in North Texas.
[32] George Kakoti. Davie, Florida.

had brought them from Ethiopia to Kenya, and then to Dar es Salaam, Tanzania a year later.

52.    When I returned to the U.S. from Africa in September 2013, I met with the Tanzanian attorney on a semi-regular basis for dinner. However, the FBI and JTTF made contact with him and relayed to him that I was "under investigation" for being a pedophile. As a result, the attorney cut off contact with me, assumed control of all of my property, with the assistance of his friend, my Tanzanian landlord.[33] They then sold all of my possessions for their own personal gain after attempting to extort me for additional money.

53.    In 2013 my landlord in Miami broke into my apartment during the night and assaulted me. He stated that "he had security clearance" and was working with "law enforcement." I called the police, reported the assault and was subsequently forced to look for a new apartment due to the landlord's violent behavior. I took the landlord to court in Miami and won my case.

54.    In 2014 I went on-line to search for an attorney to assist me. I went to five or six different law firm websites and noted their phone numbers. On the following day when I called, none of the attorneys nor paralegals would speak with me, nor return my calls, which I thought unusual.

55.    The last attorney I contacted agreed to speak with me. He commenced the conversation by asking me if I was "the doctoral candidate who had studied in Africa." I

---

[33] All of my possessions were sold in Tanzania. The FBI employs these tactics to trigger financial losses for me on a regular basis.

17

was taken aback as I had never communicated with this attorney before. He stated that his law firm did not represent "my kind of people." I asked him what he meant and he stated "aren't you being investigated for rape in Africa?"

56.  I was shocked and responded in the negative, in tears. The attorney began to brusquely ask me questions and after a few minutes became noticeably more genteel.  He said "I listen to liars all of the time. I am adept at picking them out. I believe you. You have been very straightforward with me, but you've got a huge problem; the f***ing FBI is obviously out of control [this is verbatim]. They contacted me before you even called me. You sound like a nice guy and I wish I could help you out. I'm sorry you have to go through this. Good luck."

57.  I then tried to retain another attorney in Coral Gables, Florida.[34] He demanded I pay him $5000 for representation. It was all I had in my savings at that time, but desperate for some type of legal resolution, I gave him the money. The second time I met with him, he began asking me questions that revealed he now had personal information regarding my life and family that he should not have been privy to.

58.  Before my second appointment with the attorney, the FBI and members of the JTTF operating in Miami-Dade visited his office and fed him their disinformation narrative – in addition to bona fide personal and familial information.[35] The attorney subsequently asserted that the "FBI was not after me," and that my "unwarranted" concerns with regards to the FBI could be "due to mental illness."

---

[34] Esquire Walter Reynoso.
[35] Walter Reynoso kept the $5000 and refused to take the legal action on my behalf that he had promised. I lost all of my money and then filed an unsuccessful complaint with the Florida Bar Association.

18

59. I later discovered that the FBI had contacted most of the people that I have known from 1975 onwards, including childhood friends – and engaged in what I can only refer to as a scorched-earth, defamation and disparagement campaign meant to destroy me – and it rigorously continues until this day.[36]

60. In the first half of 2014 I spoke with an attorney in Brazil who told me that the South American charges should have been dropped years ago. She happily agreed to initiate the process for me, however when I called her back the second time she sounded frightened and told me that she could not represent me. I tried following up with her a week later and was told that she had left the law firm without notice and was not answering her phone.

61. In 2014 my kindly and sympathetic landlord (a grandmother and Cuban immigrant) told me that her family was being paid by the federal government "to monitor my behavior." She obviously wasn't comfortable with it. Part of their compensation was to have the roof of their home replaced.[37] The FBI and JTTF offered visas for Cuban family members of my next-door neighbors if they agreed to assist my landlord and her family with my "Non-Custodial Monitoring (NCM)," which is also sometimes referred to as "Community Oriented Policing (COPs)" by the IC and LE communities.[38]

---

[36] Threat Fusion Center personnel monitor all of my internet activity and FBI and JTTF in those facilities will contact anyone whom I intend to call to warn that I am "under investigation."

[37] The owner of the company was an active US Air Marshal who "oversaw" the roofing work. He immediately began verbally engaging with me and was somehow privy to a great deal of my personal history and information.

[38] Within several weeks my neighbor's sister and her boyfriend were given American visas and then flown into the United States from Cuba as compensation for assisting the FBI and JTTF.

62. In 2014 I left a thumb-drive containing my dissertation proposal in my computer the night before I was to submit the proposal to my lead professor. I left the computer on. At some point during the night, all of my academic work was remotely wiped from the thumb drive and replaced with homosexual pornography.

63. Within a week of that incident someone either physically entered my lead professor's university office to access his computer or breached the university firewall in order to modify my dissertation proposal. The professor compared my original proposal to the modified version and we discovered that someone had "peppered" the original document intermittently with ten pages of absolute gibberish. The FBI and their partner agencies worked very diligently in an attempt to sabotage my progress as a doctoral student and candidate, which also included peddling their bogus mental illness and pedophile narratives to my professors, the faculty, staff – and the campus police.

64. Within the same time frame I contacted a Brazilian attorney to get my old case shut down and cleaned up. She told me that the charges should have been dropped years ago, and that it wouldn't be an issue for her to address and resolve expediently. The second time I spoke with her, she was noticeably scared and said she couldn't talk. When I called back later in the week, I discovered that she had left the law firm suddenly without giving an explanation to anyone.

65. In 2014 I filed a very comprehensive records request with the Miami Dade Police Department in order to determine the extent of their surveillance of me in coordination with the FBI. Not one aspect of the records request was addressed. Instead, paperwork was sent to me in my birth name (which I had not used since 2008) and

20

included an article about a lawsuit filed by a man (with my exact birth name – who was imprisoned in New York State) who had his genitalia attacked by a rat in prison. At the bottom of one of the documents were designations indicating that the paperwork sent to me had actually originated from the FBI, not the Miami-Dade Police.[39]

66.   I late 2015 I relocated to Springfield, Virginia. Within several hours of moving into my new apartment, a neighbor whom I had never spoken with before, approached me and began the conversation by asking me if I was the guy that was "chased out of Miami by law enforcement." Another neighbor crossed the street to speak with us and she asked me how my dissertation on Chinese activity in Africa was progressing. I had never spoken with her before either. Everywhere I go I get doxxed by the FBI and JTTF. I have no reasonable expectation of privacy and none of my personal information is secure; it is freely disseminated along with a mix of disturbing and disparaging disinformation.

67.   My immigrant landlords in Virginia (originally from Bangladesh) were soon brought on-board by the F.B.I and J.T.T.F to "assist" in "monitoring" me. As in Miami and Texas, the FBI and JTTF have seeded entire neighborhoods with nauseating falsehoods meant to vilify and isolate me.

68.   In 2016, after leaving a restaurant in Falls Church, Virginia, I was physically attacked by unknown assailants from West Africa, who claimed that I "deserved to die" for "raping refugees in Africa." I had never seen these people before. They returned the

---

[39] The FBI's response to my personal information request to the Miami-Dade Police Department is nothing short of sadistic. They were laughing at the predicament they had created for me in Brazil.

following night and proceeded to smash the windows of the Ethiopian restaurant that I frequented. A few weeks later someone at my work place in Tyson's Corners, Virginia stated during a company meeting that "everyone knows Tristan was raping refugees in Africa." This happened several weeks after I survived the assault and battery at the hands of my unknown assailants.

69.  Once again, this type of violence-inducing, scorched-earth-defamation is what the FBI refers to as "*disruption*," per their own internal documents. Two weeks after the assault someone opened the hood of my car and chiseled a hole in my air intake causing $500 of damage. I filed a police report and an insurance claim.

70.  In another incident in 2016 someone hacked through my bank's firewall and changed the PIN on my debit card. Bank security and IT personnel at the bank were baffled. I had to drive to the closest bank branch (500 miles round trip) in order to gain access my funds.

71.  The NSA, FBI and DHS are not simply passively monitoring my communications, but using them for an aggressive harassment and disruption campaign that defies all rationale. In early 2016, while I was on the phone reporting civil rights violations and harassment to the Department of Homeland Security; I stated to the DHS officer taking the complaint, that FBI personnel had falsely accused me of being a "terrorist" and having "connections to Afghanistan." I further stated that I had never had contacts, e-mails or phone calls with anyone living in the Middle East.

72.  Within two minutes of making that statement to the DHS attendant, while still on the phone with her, I began to receive inbound calls from Afghanistan. The IT security

personnel at Verizon later stated that my call records had been modified on their system to show I was engaged in a 45-minute conversation with Afghanistan - at exactly the same time I was on the phone with DHS.

73.   Subsequently, I began to receive numerous calls from unknown numbers in both Maryland and Virginia; with messages left in languages I could not identify. I eventually discovered that the callers were Dari and Pashto speakers. Reverse number searches on the internet revealed that all of the callers had surnames of Afghan origin. In another instance, while I was discussing the holocaust during a phone conversation with an Israeli friend, I received an in-bound e-mail addressing me as a "Hilterlite." As is indicated in "Exhibit B," I am regularly targeted with electronic and cyber harassment in real time, to this day.

74.   In 2016 I attempted to sue the FBI in federal district court while living in Virginia. The D.O.J. attorneys crushed me with paperwork. I followed up with a FOIA request in which I sought records or transcripts of my 2014 visit to the FBI Field Office to complain about the identity theft and on-line impersonation. That particular FOIA request was declined as my complaint to the Miami Field Office personnel was deemed "classified."[40] My case was dismissed without prejudice.[41]

---

[40] In retrospect, given the illegal activities the FBI has targeted me with, which include crimes of moral turpitude, I now understand their hesitancy with regards to responding to that FOIA request. However, the FBI is in violation of Executive Order 12,958 – Section 1.8 (a)(1): "In no case shall information be classified in order to: conceal violations of law …." United States Department of Justice. *FOIA Update: Executive Order 12,958--Classified National Security Information.* January 1, 1995. https://www.justice.gov/oip/blog/foia-update-executive-order-12958-classified-national-security-information. *Accessed on March 4, 2022.*

[41] At this point in time I had no idea that the online identity theft and impersonation were so extensive, nor did I realize that I had the option of requesting that the court appoint legal counsel on my behalf. During the proceedings in the U.S. District Court, Eastern District of Virginia, someone left a life insurance policy with a dead rat between

75.  *I have not lived in a single dwelling since 2002 that has not been broken into* – and since 2010, my mail has been stolen, including from a P.O. Box at the Post Office in Burke, Virginia. These federal offenses span Florida, Virginia and Texas.

In April of 2017 I went to upstate New York to retrieve the art and antiques my mother had placed in storage. Before I arrived at the storage facility in Broome County, N.Y., the FBI/JTTF used a non-disclosure agreement (NDA) or some other type of documentation to access the inventory list in order to determine where my most valuable possessions were located.

76.  They unpacked several boxes and stole ivory carvings and other personal possessions which I had owned since the late 1980s and 1990s. This theft was perpetrated "under color of law." In my case, the FBI and their partner agencies regularly use non-disclosure agreements as a mechanism to coerce or convince civilians that their actions, even if illegal, are acceptable because they are "participating in an 'official' investigation."

77.  The FBI went to my mother's house before I arrived in town to let her know I was coming and then went and told all of her neighbors that they were "running an operation" due to a "potential security threat." The federal personnel and partner agencies have not been content with simply destroying my reputation, they also made a determined effort to traumatize and embarrass my mother in a very small town where everyone

---

my screen door and the main door to my apartment, while two different e-mail addresses (which had been spam-free for years) were suddenly barraged with dozens of life insurance policies and cremation offers.

24

knows her. In my case, collateral damage has effectively been used as a tool to further drive my family members apart from me.

78. In 2018, my grandmother passed away. She left each of her three grandchildren (myself included) $100,000, plus family heirlooms (vintage jewelry). When the FBI discovered that my grandmother was deceased, they subsequently engaged in what qualifies as tortuous interference with respect to me, my mother and the bank where my inheritance was kept.

79. I received a check for a little over $10,000, but never received the jewelry.[42] $90,000 simply disappeared. I found an attorney in upstate N.Y. to assist me. However, before I spoke with him the second time, he had already been contacted by federal personnel who deterred him from taking on my case to claim the rest of my inheritance. He was noticeably rattled and scared.

80. In 2019 I moved from Virginia to The Colony, Texas. As in Virginia and Florida, the aggravated stalking, break-ins and vehicle vandalism began as soon as I arrived. The first wave of vandalism included smearing feces on my vehicle, flattening my tires, and gouging my car with what appears to have been a screwdriver.

81. In the spring of 2019, someone contacted the IRS and took my tax refund out of the electronic "automatic deposit status," and then changed the refund method to USPS delivery. The check was subsequently stolen from my locked mailbox yet magically

---

[42] The theft of the inheritance money and estate jewelry were accompanied by gloating e-mails with titles like "are you looking for a good estate attorney, how to claim your inheritance," and "the best ways to clean vintage jewelry." I am always subject to very detailed and highly-personalized cyber-harassment subsequent to any incidents or financial losses that the FBI has triggered for me.

appeared (after two or three weeks) within an hour of filing a complaint with The Colony Police Department. A month or two later, someone called my federal student loan servicer (NELNET), impersonated me and used my social security number to take me out of forbearance mode in an attempt to trigger a default on my student loans.

82.  Since the FBI successfully blocked the international publication of my 338 page dissertation in mid-2017,[43] and has consistently harassed potential employers, I have been forced to take jobs far below my educational level. In mid-2019 I was employed by a car dealership in the Plano, Texas area. On the very first day of my employment, one of the managers made an offhand comment that I was being "investigated by the FBI." After hearing that statement from the manager, the following day, before going in to work (my second day), I called either the FBI or D.H.S. complaint line in Washington, D.C. and stated that I was again being harassed by FBI in Texas.

83.  Prior to my arriving at work that morning, JTTF and TxDPS personnel went and spoke with the managers and many of the employees at the business location. From the moment I arrived at work, TxDPS personnel driving both marked and unmarked Texas Highway Patrol vehicles continuously cruised the parking lot, some stopping their vehicles directly in front of me and angrily glaring at me in open displays of intimidation. I walked out of the dealership and did not return. In my opinion *these acts constitute retaliation* in addition to harassment and stalking.

---

[43] They threatened the publisher and stole one of the manuscripts.

26

84.  Soon after this incident, I went into the FBI's Dallas Field Office to lodge a complaint with regards to the harassment, stalking and tortuous interference. One of the field agents asked me what I "hoped to accomplish" by my visit. I responded "tell Special Agent in Charge (SAIC) DeSarno to cease and desist with the harassment and stalking (A.K.A. *Disruption*")."[44]

85.  I have written numerous letters of complaint, outlining my concerns to the D.O.J. over several years, which in turn has consistently refused to initiate any type of investigation on my behalf (Exhibit D), so I returned to the Dallas Field Office yet again to lodge another grievance. I told the agent that the FBI, JTTF, and InfraGard were out of control, and once again told him to tell SAIC Matthew DeSarno to "cease and desist."[45]

86.  Several weeks later at my new place of employment (a car dealership in Richardson, Texas) an individual walked onto the premises and immediately made a beeline towards me. He pretended that he was interested in buying a vehicle, but wasn't a very good actor. His behavior seemed a bit "off," and after he left I told the manager that the customer's odd behavior really "creeped me out." Part of the protocol at the dealership was to have potential clients fill out a customer information form. I decided to Google the individual, and discovered that the "customer," Mr. Kelce Wilson – is the lead legal counsel for the FBI's "civilian" branch in North Texas, *InfraGard*.

---

[44] That in turn resulted in the FBI, JTTF, InfraGard and TxDPS, with a retaliatory mindset, ramping up their "disruption" campaign against me even more, with the assistance of the oft-armed, civilians who are in their employ.
[45] The FBI agent whom I spoke with was less than friendly and when I left the Field Office, local law enforcement was waiting for me outside in a marked vehicle. In yet another show of intimidation, they aggressively followed me off of the Dallas Field Office property, half of a car length behind me.

87.  On the way to work in October of 2019, a vehicle began to repetitively ram me from behind in an attempt to drive me off of the road.[46] My vehicle sustained light damage. I was also frequently followed home from my work-place in Richardson, Texas by aggressive drivers and my tires were flattened several times a month while I was working at the dealership. This was a regular occurrence.

88.  In 2019 I wrote a letter of complaint to TxDPS Privacy Officer and Deputy General Counsel Kathleen Murphy and explained that not only were Texas-based Fusion Centers disseminating my personal information, but that they were also conveying my location in real time, including my image and vehicle descriptions to civilians who work hand-in-hand with the TxDPS, FBI, InfraGard, and JTTF.

89.  Deputy General Counsel Kathleen Murphy stated to me in her written response (Exhibit E) that she had no control or authority over Fusion Center operations, *despite the fact that both DHS and TxDPS internal documents reveal that the TxDPS Privacy Officer is indeed responsible for oversight of the facility with respect to privacy and civil rights issues.*[47] I also referenced harassment by TxDPS-JTTF personnel and Deputy General Counsel Murphy replied that "neither the TxJCIC nor the department have a governance role or oversight authority with regard to the JTTF or other federal agencies, other Texas based Fusion Centers or other entities you reference."

---

[46] October 29, 2019. Geico Claim Number: 0663854480000001.
[47] "The … [TxDPS] Privacy Officer will be responsible for receiving and responding to inquiries and complaints about privacy, civil rights, and civil liberties protections in the information system(s) maintained or accessed by the [Fusion Centers] …." Texas Department of Public Safety. *Texas Fusion Center Privacy, Civil Rights, and Civil Liberties Policy.* Revised November 30, 2010. P. 15. https://www.dps.texas.gov/sites/default/files/documents//docs/txfcprivacypolicy113010.pdf. *Accessed on May 17, 2022.*

90. TxDPS Inspector General Ayala, concurring with Deputy General Counsel Murphy, sent me a correspondence (Exhibit F) stating that *TxDPS has no authority with respect to Fusion Centers*, and as such "was terminating the (purported) 'investigation.'" However communications from Assistant General Counsel (AGC) ML Calcote, (Exhibit G) resulting from the Public Information Request submitted by the Plaintiff to the TxDPS in May 2022 (Exhibit H) appear to contradict the statements contained within the correspondences of Privacy Officer Kathleen Murphy and Inspector General Ayala.

91. Contradicting Ms. Murphy's 2019 statement, AGC Calcote notes that the TxDPS does have personnel, under their authority, who also belong to JTTF. Furthermore, TxDPS was unable to provide me with any documentation proving that Inspector General Ayala initiated any type of investigation whatsoever with respect to my 2019 complaints to the TxDPS.

92. Despite Ms. Murphy's statements that the TxDPS has no role in the operation of the Texas-based Fusion Center, the testimony of Todd Bensman (former manager of Counterterrorism Intelligence, Texas Department of Public Safety, Intelligence and Counterterrorism Division) before the United States House of Representatives, Subcommittee on Civil Rights and Civil Liberties on June 4, 2019 begs otherwise. Mr. Bensman meticulously details the role of the TxDPS with respect to Texas-based Fusion Centers: "In 2003, the Texas State Legislature authorized establishment of a statewide

fusion center known today as the Joint Crime Information Center (JCIC) …. The JCIC was to be housed and operated by DPS [Texas Department of Public Safety]."[48]

93.  I started a sales job with a Texas-based company in February of 2020 and was described by one of the managers as "the best salesman we have ever had." I sold and negotiated in four languages, yet despite a stellar track record, I was let go without cause in November of 2021 after nearly two years with the company. My immediate managers were puzzled over what they considered to be wrongful termination.[49]

94.  In April 2020 the rear window of my vehicle was shot out (twice) in The Colony, Texas as I was driving home. Police reports were filed with The Colony Police Department for the shooting incident and in another instance for a break-in and theft of personal items from my residence.[50] In May of 2020 a vehicle without a license plate sped through a Kroger parking lot in excess of forty miles per hour and tried to hit me. If a bystander hadn't shouted a warning to me, I would have been seriously hurt – or worse.

95.  On March 9, 2022, I submitted a complaint to the ODNI, with respect to the gross violations of my rights at the hands of the FBI and TxDPS personnel. I also submitted a copy of that complaint, which included a cease and desist order, to TxDPS

---

[48] Todd Bensman. *United States House of Representatives Hearing Regarding FBI efforts to combat an increasing threat of white supremacy and white extremism.* United States House of Representatives, Subcommittee on Civil Rights and Civil Liberties. June 4, 2019. p. 3. https://www.congress.gov/116/meeting/house/ 109579/witnesses/ HHRG-116-GO02-Wstate-BensmanT-20190604.pdf. *Accessed on May 17, 2022.*

[49] I would like to retain an attorney for this issue but decided to wait until I filed this complaint first, as I cannot afford to waste time calling attorneys who will most certainly be threatened or coerced by the FBI, TxDPS or JTTF personnel. I will be asking for injunctive relief for this issue within this complaint. The FBI and JTTF made contact with the sales manager of this company within two weeks of the commencement of my employment.

[50] April 8, 2020. The Colony Police Department Report Number 20205331. Geico Claim Number: 0663854480000003. While my vehicle was in the repair shop, someone egged the rental car I was using the day before I was scheduled to return it.

Inspector General Phillip Gonzalo Ayala. Within that complaint I expressed my concern that the FBI and TxDPS Fusion Center personnel would sabotage my new, six-figure job with an IT company in Pakistan.[51]

96.   My Pakistani supervisor called me several days after I submitted my complaint to the ODNI, and out of the blue began to fearfully babble about the FBI and how it was "too dangerous to work with me." He's located in Pakistan and I certainly did not relay my problems with regards to the FBI to him. He immediately quit his IT job of several years, refused to return any of my communications and I was again terminated without any cause, in addition to not receiving any of my earnings.

97.   Where-ever I go in the Dallas area I am followed by a cadre of hyper-aggressive civilians referred to as "Surveillance Role Players" (SRPs) by the Department of Homeland Security and the FBI.[52] One role of Fusion Center personnel is to relay the location and description of civilian targets to the cellphones of the SRPs and dispatch them to the "target's" location via a geolocating system. The AI-driven, *"Targeting,*

---

[51] I have done web design and graphic design since 1997 and was recently offered a job in the IT industry that pays $150,000 – $200,000 annually, by a company based in Pakistan. I stated within my communique to the ODNI and Inspector General Ayala that the TxDPS Fusion Center personnel, monitoring all of my electronic communications would use the FBI to reach out to FBI personnel based in Karachi, with the goal of contacting, threatening or coercing my new employers in order to destroy yet another job opportunity for me.

[52] The Department of Homeland Security provides training classes and course completion certificates for civilian participants and neighborhood watch groups. If the participants in this domestic surveillance program are local, tribal, state or county governmental employees (such as public works, LEOs, EMS, and Fire) they are referred to as "Terrorism Liaison Officers" or TLOs within the intelligence community. Per the D.H.S., in 2012, in Orange County, California alone, there were over 1,800 Terrorism Liaison Officers, comprised of ".... law enforcement, fire service, public health, and private sector communities," [engaged in targeting, tracking, locating and "counter terrorism" surveillance of the general population]. Department of Homeland Security. *2012 Fusion Center Success Stories.* No date indicated. https://www.dhs.gov/2012-fusion-center-success-stories. *Accessed on May 4, 2022.*

*Tracking and Locating*" system employed by Texas Fusion Centers is referred to by the U.S. Military, NSA, DHS, DoD, FBI and Fusion Center personnel as "*TTL.*"[53]

98.   Some of these "Surveillance Role Players" openly carry firearms and hover in my personal space and immediate vicinity as I shop and run errands. These blatant acts of intimidation are ongoing.[54] This is a near daily occurrence for me.

99.   Since 2019 JTTF and TxDPS personnel have circulated through a dozen or so stores which I frequent in the North Dallas area and have peddled the FBI's pedophile narrative – as well as flashing either seedy, deep-fake" doppelganger images of me – or real photos, in an attempt to vilify me, dehumanize me and destroy my reputation, wherever I go.

100.   In 2020 I had an employee of one store I frequent stalk me for several miles in his vehicle and then follow me into another commercial location. I confronted him and told him to "stop stalking and harassing me." A week later when I returned to the store into which this individual had followed me, the employee told me that my stalker had stated to him that he was "working with law enforcement and keeping me 'under surveillance' because I was a 'sexual predator.'"[55]

101.   Through the Fusion Center, TxDPS has set up a "Reverse 911" or "Push Call" system in my neighborhood. This is technologically similar to the systems referred

---

[53] Ex-NSA intelligence official William Binney told me in 2016 that the FBI and JTTF had most likely installed a burst transmitter somewhere in or on my vehicle and that I was being tracked through the local Fusion Center(s).
[54] The FBI, JTTF, and TxDPS frequently utilize aggressive and heavily-tattooed gang members and convicted criminals for their harassment and stalking protocol. This is done by design. These individuals are selected because they look intimidating and they also have no qualms about breaking the law.
[55] These different law enforcement entities use NDA's as a mechanism to get civilians to believe they can engage in stalking, harassment, assault, battery, violence, vandalism, and extreme defamation of character without any legal repercussions, as they are participating in an "official investigation."

to as Code Red, Nixle, or Everbridge. All of my neighbors in North Texas (as in Florida and Virginia) have been fed the bogus narrative created for me by federal, state and local personnel and are often summonsed via their smartphones to "overtly observe" my activities as I depart from and arrive at my residence and commercial locations.[56]

102.  While preparing this complaint and organizing all of the relevant files, on May 25, 2022, I discovered a DVD from the FBI containing responses to a FOIA request that I made in January or February of 2017 (Exhibit I). The field report contained in the response to the FOIA request is unprofessional, intentionally mean-toned, denigrating, snarky, full of false statements and outright fabrications. Indeed, the statements made by the FBI personnel contained within the FOIA request response also conflict with the statements contained within the South American court documents (if they haven't also been adulterated).

103.  On page 1 of the FOIA response, it indicates that "MONTENEGRO [sic] stated that 'he suffered from Bipolar Disorder as a child.'" That is a flat-out lie and a perfect example of the extent the FBI is willing to go in order to falsify documents. I did not "suffer from bipolar disorder as a child," I have never seen a psychiatrist in my life, have never been diagnosed with a mental illness, have never been treated for a mental illness and certainly never made such an absurd statement to the FBI.[57]

---

[56] In street parlance this is referred to as "flash mobbing" or "bird-dogging" and it has been increasingly facilitated by the technology and/or smart-phone apps that federal and state agencies have distributed to civilians.
[57] While the FOIA response falsely indicates I stated that I "had bipolar disorder as a child" the attorney in Coral Gables (Walter Reynoso) indicated the FBI told him that I had a mental breakdown during my proxy detention in South America (another fabrication) some twenty years later and was a "paranoid schizophrenic" as a result of that experience, versus someone suffering from bipolar disorder which developed during childhood. There is often a lack of continuity between the false statements and disparaging claims that the FBI makes. They readily adjust their bogus narratives to tailor-fit each disinformation recipient.

104.  On page 2 of the FOIA response (field report) it states that the "local police responded to his (my) residence (in Brazil) for a call of shots fired." False. As court documents indicate, the police responded to a residence located approximately five miles from my Brazilian property. They never responded to my residence for "shots fired." The FOIA response also indicates that "MONTENEGRO [sic] was arrested for what he stated as 'false' claims that he was growing Marijuana and for charges that he was a terrorist." More falsehoods. *I was not "growing marijuana," never stated I was "falsely" arrested for "growing marijuana," nor that I was falsely arrested for "terrorism," and no aspect of the charges had anything to do with the cultivation, sale or possession of any type of drug, nor terrorism.*

105.  I was arrested (and ordered immediately released by the judge) after a domestic dispute between my security guard and a distant neighbor, not because I was growing marijuana or engaged in any terroristic activities. The FOIA response contains far more disinformation than truth. It is not based on reality. The FBI, A.K.A. "The Fairytale Factory," nauseatingly made a mockery of the FOIA request process – and of me as an individual.

106.  Page 2 of the FOIA response indicates that I believe or believed that the "CIA is following me" and that I had a "small import-export business dealing with 'artifacts' from Africa." These are both false statements. My accusations have *always* been leveled at the FBI – *never the CIA.* Secondly, while I opened a company in Florida in 2013 or 2014, it never went operational and I never owned nor ran an import-export

company between the United States and Africa, despite the FBI's FOIA response stating the contrary.

107.  Page 2 of the FOIA response also indicates that "Montenegro believes the FBI Legat in Brazil and the CIA has [sic] him on a list that will prevent him from getting a job utilizing his degree." Once again, these false accusations have absolutely no foundation in reality. I have never referenced the CIA nor the FBI Legat in Brazil in any complaint and given my knowledge of intelligence operations, to suggest that there would be such a nexus between the CIA and a Legat in Brazil, in my situation, is laughable. That being said, I am very concerned because the "Field Report" that the entire FOIA response was based on, was fabricated, and is a lifelong condemnation through scorched-earth character assassination.[58] I am of the opinion that the agent or agents who falsified the field report never considered that the document might be released to me in whole or in part through a FOIA request. They were very, very brazen.

108.  It is obvious from the way the FBI personnel penned the FOIA response that they want to paint a picture of a mentally unstable simpleton rather than an accomplished academic who both speaks and writes with a very high degree of specificity. Elements of the response are neither professional nor clinical, but absurd and mocking. As with my FOIA request to the Miami-Dade Police Department, this FOIA request response contains no relevant information to my original request and is intentionally meant to be trauma-inducing, denigrating and to paint me in an extremely negative light.

---

[58] If possible, I would like to amend the complaint to include the author or authors of the falsified field report through a *Bivens* action.

## Summary

109.  In September of 2021, the New York Times published an interview between author Janet Reitman and FBI-whistleblower Terry Albury. In the article entitled *I Helped Destroy People*, she stated "Hina Shamsi, director of the National Security Project at the American Civil Liberties Union maintains [that] "for years we've been hearing from people who were surveilled or investigated or watch-listed with no apparent basis for the FBI to suspect wrongdoing."[59]

110.  In the same article, ex-FBI agent and whistleblower Terry Albury noted: "I used to take at face value that these people must be guilty of something if we were looking at them. But as an agent, you realize that's not it. Most of these people hadn't done anything."[60]

111.  Albury went on to say that one individual:

.... was screwed for life. There was nothing connecting ... [him] to terrorism [or any other potential 'threat'] .... But now his name was in the system. That meant any number of government agencies – the F.B.I., the C.I.A., the D.E.A., ICE – could have access to his file .... [and] simply looking at ... [an individual] was to open him up to future harassment or, at best, put an asterisk next to his name that would be with him forever.

112.  Now, any time ... [this individual] applied for a passport, or a job that required a background check, or a driver's license, or simply had his name run through any sort of government database, for the rest of his life, it would show up that he'd been looked at by the F.B.I., which would inevitably be viewed as suspicious [and it goes far beyond this with respect to my (the Plaintiff's) situation].

113.  That was what was so insidious about the process .... It wasn't just this ... [individual] – there were ... untold millions elsewhere in the

---

[59] Janet Reitman. *I Helped Destroy People*, The New York Times, September 1, 2021. https://www.nytimes.com/2021/09/01/magazine/fbi-terrorism-terry-albury.html. Accessed on March 16, 2022.
[60] Ibid.

country .... Large numbers of people ... were put under long-term monitoring ... their names inscribed in FBI files for use in later investigations or disseminated to other intelligence agencies .... even if ... [they had] done nothing .... [Furthermore] *the F.B.I. was entitled to ... share information with other agencies in the government or* **foreign governments** [italics and bold type added] ....

114. *There is this mythology surrounding the war on terrorism ... the F.B.I. ... has given agents the power to ruin the lives of completely innocent people* .... [italics added]

115. [The F.B.I. does not measure] *success by prosecutions. They're measuring their success by open investigations* [italics added]. And so there is this tremendous pressure to open counterterrorism investigations ... and to meet ... benchmarks which shows [sic] that you are aggressively fighting the war on terror. And that in turn will justify their budget .... And what gets lost in all of this is that *if you are the subject of one of these investigations, even if these investigations wind up with nothing, this does not go away. It can impact you for your whole life* [italics added] .... It's going to be difficult for you. You won't be able to travel through airports the same.[61]

116. You won't be able to go and make certain financial transactions .... *It's just this great power that is able to be weaponized against people with really no true accountability* [italics added] ....[62]

117. After all of my hard work to earn my reputation, education, and career, I must state as the Plaintiff that it is a soul-wrenching alter-ego the Federal Bureau of Investigation and their partner agencies have so diligently strived to create for me. In what cases must a victim be denied due process in perpetuity and yet still be subject to criminal acts and document falsification, perpetrated under color of law, at the hands of law enforcement personnel?

---

[61] I have air marshal escorts on all international flights.
[62] Reitman, *I Helped Destroy People.*

118.  To recap, according to FBI-whistleblower Terry Albury, "*if you are the subject of one of these investigations, even if these investigations wind up with nothing, this does not go away. It can impact you for your whole life.*"[63] But in my case as the Plaintiff, it goes far beyond that. It's much worse. The FBI has falsely labeled me as a mentally ill terrorist, has falsely accused me of a panoply of crimes on three continents – some quite grotesque – and then has intentionally disseminated this false and disparaging disinformation to other agencies in the United States – and to foreign governments abroad, in addition to family and familiars. These are very serious efforts to destroy my character. *This constitutes perpetual reputational harm.*

119.  I equate this to "Life without Parole." I could have easily added another forty pages of documentation to this complaint which detail additional acts of vandalism, theft, break-ins and entrapment operations perpetrated by local, state and federal LE agency personnel.

120.  According to the National Counterterrorism Center, Federal Bureau of Investigation, and Department of Homeland Security's *US Violent Extremist Mobilization Indicators* 2021, terroristic indicators include a:

> 121.  History of encouraging violence by dehumanizing people, [a] history of notable noncompliance with restrictions, boundaries, or laws, [a] history of stalking, harassing, threatening, or menacing behavior, [and a] history of violence."[64]

---

[63] Janet Reitman. *I Helped Destroy People*, The New York Times, September 1, 2021. https://www.nytimes.com/2021/09/01/magazine/fbi-terrorism-terry-albury.html. Accessed on March 16, 2022.
[64] The National Counterterrorism Center, Federal Bureau of Investigation, and Department of Homeland Security. *US Violent Extremist Mobilization Indicators 2021*, December 2021, p. 21. https://www.dni.gov/files/NCTC/documents/news _documents/Mobilization_Indicators_Booklet_2021.pdf. *Accessed on March 25, 2022.*

122.  The ODNI's *US Violent Extremist Mobilization Indicators* handbook accurately describes the tactics being utilized by the FBI and TxDPS against me. This *"Disruption Protocol"* in reality equates to an extrajudicial, Counter Intelligence Program (COINTELPRO) on steroids that qualifies as domestic terrorism per the ODNI.

123.  It needs to be brought to the attention of the honorable court that *"Disruption"* is intentionally structured to have a traumatic impact (IIED) on civilian targets and thus falls within the United Nations Human Rights Council's (UNHRC) definition of psychological torture. Per the UNHRC's February 2020 publication:

> 124.  The Special Rapporteur's analysis outlines how psychological torture can contain the elements that are required to constitute physical torture: severe pain or suffering (which can be mental suffering that leads to physical problems); intentionality (whereby the … [perpetrators know] the pain will result); purposefulness (where the act is an attempt to coerce or otherwise manipulate the victim); and powerlessness, which can be felt, for example, via "serious and immediate threats" or a deprivation of legal rights and decision-making.[65]

125.  Despite what the FBI fantasizes about, I have never been given a psychological evaluation, nor have I ever even entered a mosque, nor considered converting to Islam. I never saw a refugee camp in Africa and never met anyone who identified as a refugee. Other than my ex-girlfriend's[66] child, I never had contact with any children or infants in Brazil, the United States or Africa.

---

[65] Andrew Hursh. *UN Rights Expert Defines 'Psychological Torture' in New Report*, The Jurist, February 25, 2020. https://www.jurist.org/news/2020/02/un-rights-expert-defines-psychological-torture-in-new-report. *Accessed on April 27, 2022.*
[66] The three times I met my ex-girlfriend's child was only in the presence of her, her grandmother or her cousin. After we broke up my ex-girlfriend stated that she was sexually involved with "someone in the FBI" who was "working out of the embassy" in Kenya.

126.  I feel like I am dealing with a sadistic and relentless criminal cartel with an evil agenda, engaged in a vendetta. The FBI, their partner agencies, and fusion center personnel have no accountability and apparently believe that they can engage in criminal acts with impunity. As I previously noted in this complaint, the personal animus of the individuals targeting me is palpable and their behavior is inhumane, unimaginably cruel, brutal, savage and meant to disparage and humiliate me to the extreme, evidently for the rest of my life. I am tired of being treated like chattel by the out-of-control, surveillance-industrial complex.

127.  With respect to witnesses in my case, the question is not "who has the FBI approached," but rather "who haven't they approached?" The FBI and their partner agencies have contacted or met with all of my family members, both nuclear and extended, all of my (once-upon-a-time) friends in Miami and their families. They have effectively burned more than fifty years of familial, social and business connections.

128.  I can easily put together a witness list in excess of two hundred people, with names, dates, and addresses. That includes people in New York, Maryland, Virginia, South Florida and North Texas. In the Plano area, I can identify store owners and individuals who work in a commercial locations who have been approached directly by FBI, TxDPS and JTTF personnel and fed the bogus "we're monitoring a 'potential threat'" narrative. Additionally, I can identify individuals in my neighborhood who have been approached by the aforementioned personnel as well. The FBI and their partner agencies have effectively militarized the neighborhood watch system and often utilize

recently-arrived immigrants or individuals with criminal records for their illegal protocols.[67]

129.  The FBI and their partner agencies are very brazen while engaging in these activities and are working under the premise that this extrajudicial targeting and disparaging, scorched-earth smear campaign will never see the light of day in a courtroom. I aim to change that.

130.  I would like to note for the court that I had to take my computer offline while I created this complaint and also had to save the work on a remote hard-drive because someone was actively modifying and deleting files during the process, as I was writing.

## Claims

*42 U.S.C. § 1983*

131.  Both of the Defendants named below are sued in their individual capacities only, and all prior paragraphs are incorporated herein by reference.

132.  I am bringing claims for damages against both TxDPS Defendants under 42 U.S.C. §1983 because they (1) retaliated against me for exercising my rights as guaranteed by the First Amendment to the U.S. Constitution; (2) conspired with other Defendants who retaliated; or (3) failed to supervise those who harassed me and then retaliated against me for redressing grievances with both the federal and (Texas) state government.

---

[67] Recently arrived immigrants, who are not versed in American law, often need immigration assistance and individuals with criminal records can easily be manipulated because of their history and potentially ongoing legal processes. Per FBI-whistleblower Terry Albury, the FBI refers to immigration assistance for cooperation as the "*immigration dangle.*"

133. I am bringing claims for damages and injunctive relief against both TxDPS Defendants under 42 U.S.C. §1983 because they have (1) denied me the equal protection of the laws as guaranteed by the Fourteenth Amendment to the U.S. Constitution; (2) conspired with other Defendants who have denied me equal protection rights; and (3) failed to supervise those who denied me my equal protection rights.

134. I am bringing claims for damages and injunctive relief against both TxDPS Defendants under 42 U.S.C. §1983 because they (1) denied me due process of law as guaranteed by the Fourteenth Amendment to the U.S. Constitution; (2) conspired with the other Defendants who also denied me due process; and also (3) failed to appropriately supervise those who denied me due process.

*28 U.S.C. § 1331 and 2201*

135. I am bringing claims for damages against the FBI Special Agent in Charge under 28 U.S.C. § 1331 and 2201 because he (1) retaliated against me for exercising my rights as guaranteed by the First Amendment to the U.S. Constitution; (2) conspired with other Defendants who retaliated; or (3) failed to supervise those who harassed me and/or then retaliated against me for redressing grievances with the Office of the Director of National Intelligence and the United States Department of Justice.

136. I am bringing claims for damages and injunctive relief against the FBI Special Agent in Charge under 28 U.S.C. § 1331 and 2201 for (1) tortious interference with business relations; (2) gross business disparagement; and (3) defamation insofar as FBI personnel under his authority have constantly interfered with my employment opportunities, and relayed false information to both employers and fellow coworkers here

in Texas. Furthermore, FBI personnel under SAIC DeSarno's authority have been part of (4) a larger civil conspiracy with Texas Department of Safety personnel to retaliate against me and continue to harass me under color of law and subject me to what they refer to so casually as "disruption."

*State Law Claims*

137.  Both TxDPS Defendants are being sued in their individual capacities only, and all of the prior paragraphs within this legal instrument are incorporated herein by reference.

138.  I am bringing claims against Texas Department of Public Safety Privacy Officer and Deputy General Counsel Kathleen Murphy, and Texas Department of Public Safety Inspector General Phillip Gonzalo Ayala for (1) tortious interference with business relations; (2) gross business disparagement; (3) and defamation insofar as they have constantly interfered with my employment opportunities, and relayed false information to both employers and fellow coworkers here in Texas, or were responsible for those who relayed disparaging information about me. These two Defendants have been a part of the larger civil conspiracy on the state level, to retaliate against me, continue to harass me and subject me to "disruption," which includes tortuous interference with respect to my employment opportunities.

139.  I am bringing claims against Texas Department of Public Safety Privacy Officer and Deputy General Counsel Kathleen Murphy, and Texas Department of Public Safety Inspector General Phillip Gonzalo Ayala for defamation and business disparagement insofar as they allowed TxDPS personnel to disseminate disturbing,

43

grotesque and malicious falsehoods about my character to neighbors, familiars and employees of local commercial locations, in addition to other law enforcement agencies in the State of Texas.

140.  I have lost several jobs and job opportunities due to retaliatory and disparaging comments, and the aforementioned three Defendants have harmed my chances (and continue to harm my chances) of getting jobs commensurate with my level of education, training, and background, because of the extreme damage they have inflicted – and continue to inflict, to my reputation and thus my earning potential.

## **Request for Relief**

141.  I respectfully request that upon a final hearing of this case, judgment be entered for me against said Defendants, for actual, assumed and punitive damages (as the Defendants have indeed acted with extreme malice) in an amount within the jurisdictional limits of the Federal District Court; in addition to any further relief to which I may be entitled to – at law or in equity.

142.  I am seeking compensation for lost wages and the mental pain and anguish associated with a destroyed reputation, a destroyed career, and the years-long process of attempting to clear my name, *in addition to the perpetual reputational harm I now inevitably face*.

## **Request for Specific Performance**

143.  I humbly request that the honorable court provide me injunctive relief through specific performance:

44

144.  If the FBI and the Texas Department of Public Safety can squander untold sums of taxpayer money in order to destroy an innocent individual, then they can certainly utilize their assets to make an innocent victim whole again.

145.  I am humbly requesting that the court allow me to proceed as "Plaintiff X" versus using my legal name and also request that given the nausea-inducing and disturbing statements made by the Defendants and personnel working under their supervision, that this complaint and all subsequent proceedings stemming from this complaint be sealed.

146.  I am humbly requesting that the court appoint an attorney for me. My savings are gone, my twenty year-old vehicle barely functions and every employment opportunity I have had while living in Texas has been sabotaged via disparaging comments and the tortuous interference I have been subject to at the hands of the Defendants.

147.  I am humbly requesting that the court allow the complaint to be amended with the assistance of my court-appointed attorney, most likely through a Bivens Action, to include the A) Federal Bureau of Investigation as a Defendant; in addition to B) the FBI author(s) of the afore-referenced bogus field report(s); and C) those responsible for creating on-line accounts in my birth-name.

148.  I am humbly requesting that the court assign a judge with security clearance to my case, so that when the FBI states that "this is an ongoing and/or active investigation," or this is a "national security issue," that they will not have capacity to deny said member of the federal judiciary access to those "classified" records, which

45

should include (but not be limited to) any and all documentation related to my 2014 visit to the North Miami Field Office during which I complained about identity theft and on-line impersonation.

149.  I am humbly requesting that the honorable court order the FBI utilize their vast pool of contacts to assist me in publishing my dissertation, which they so rigorously worked to prevent from being published. If this cannot be accomplished via injunctive relief then I ask that my court-appointed attorney be allowed to amend my complaint to include this specific request of the federal Defendant(s) as part of the settlement.

150.  I am humbly requesting that the honorable court order the FBI to purge all internet accounts, records, references created in my birth name or the name I have legally used since 2008. I am responsible for none of them.

151.  I am humbly requesting that the honorable court order the FBI to purge all of the falsified records that they have created on my behalf, in my birth-name or current legal name, with all partner agencies and governments, whether foreign or domestic, in addition to opening up an avenue for me to redress my incorrect placement on the FBI-managed Terrorist Screening Database (TSDB) per *Elhady, et al. v. Kable, et al.*

152.  I am humbly requesting that the honorable court order the FBI to return of all of the items stolen from me in Florida, Virginia, New York and Texas, which includes but is not limited to ivories, statues, a vintage lamp and African bronzes.

153.  I am humbly requesting that the honorable court order the FBI and TxDPS to immediately cease and desist with illegal searches and seizures, and interference with my

right to be secure in my person, house, papers, effects and personal information per the fourth amendment.

154.  I am humbly requesting that the honorable court order the FBI and TxDPS to immediately cease and desist with monitoring my phone conversations and internet activity.

155.  I am humbly requesting that the honorable court order the FBI and TxDPS to immediately cease and desist with stalking, harassment, cyber-harassment, Google-ad hijacking, death threats and filth spam, which includes but is not limited to my electronic devices, computers and smart phone.

156.  I am humbly requesting that the honorable court order the FBI and TxDPS to immediately cease and desist with interfering with my right to freely worship.

157.  I am humbly requesting that the honorable court order the FBI and TxDPS to relay to all partner agencies and entities, whether state, local, federal, tribal or privately-owned to immediately halt all aspects of the extrajudicial disruption protocol that I am currently being targeted with.

158.  I am humbly requesting that the honorable court order the FBI and TxDPS to relay to all civilians, Surveillance Role Players and Confidential Human Sources within their employ (whether for compensation or no) to immediately cease and desist with stalking, harassment and all other illegal activities with which I am currently being targeted.

159.  I am humbly requesting that the honorable court order the FBI and TxDPS to immediately cease and desist with transmitting my real-time location, vehicle description

and images of me to all partner agencies, private contractors, civilians, Surveillance Role Players and Confidential Human Sources.

160.  I am humbly requesting that the honorable court order the FBI and TxDPS to immediately cease and desist with interfering with my right to retain legal counsel.[68]

161.  The crimes of moral turpitude, "disruption" and gross disparagement that I am subject to at the hands of the FBI in conjunction with other entities such as the TxDPS, warrant an immediate, federal investigation, which the Plaintiff humbly implores the court to initiate through a judicial order.

162.  Honorable court, **I am demanding a jury trial**, and as previously noted – a court-appointed attorney. Given the extreme gravity of the false accusations levied against me, and the extensive damage done to me, it far exceeds my capacity to appear before the court pro se with sufficient knowledge of federal requirements with respect to civil procedure.

163.  Furthermore, if there are any issues with my claims based on 42 U.S.C. §1983 for the two state-employed Defendants, or my claim under *Bivens* (28 U.S.C. § 1331 and 2201) for the FBI Special Agent in Charge, please allow me to amend those claims with the assistance, guidance, and knowledge of a court-appointed attorney who hopefully will not be subject to any threats, duress or coercion at the hands of the FBI, JTTF or TxDPS personnel in yet another attempt to deprive me of my right to legal counsel.

---

[68] I have numerous legal issues stemming from this complaint that need to be resolved, however it is fruitless to contact attorneys knowing that all of my communications are monitored and that they will be coerced, threatened or harassed by the Defendants or those within their employ.

164.  I also humbly request that the court-appointed attorney assist me with sealing the records with respect to my cases against the FBI and other defendants in the Eastern District of Virginia as well as purging federal records which contain grossly inaccurate and disturbing descriptions of the Plaintiff. Simply attempting to defend my honor and integrity in federal court against these criminal acts perpetrated under color of law soils my name.

165.  As a layman, assembling this complaint has been extremely stressful, time-consuming and exhausting – and this entire situation and the legal processes I need to address in order to resolve all of these heinous issues evolving from being subject to the crimes of moral turpitude I have been so relentlessly targeted with, are well beyond my sphere of expertise. So I pray the honorable court will make an exception for any statutory or procedural errors contained within this legal instrument, and appoint for me the legal counsel that I have been so long denied, as well as to grant me injunctive relief as soon as possible. This situation is untenable. I want my life back.

Respectfully Submitted,

/s/ Dr. Tristan di Montenegro, Ph.D.
Tristan di Montenegro
Pro Se Representation
6105 Saintsbury Dr., Apt. 32
The Colony, Texas 75056
(202) 909-3370
tristandimontenegro@hotmail.com

49